UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                    Case No. 2:18-mj-36
                                    HON. TIMOTHY P. GREELEY

KEITH LEE RAYMOND,

        Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on September 14, 2018, for an initial appearance on a felony complaint filed September 11, 2018.

The government requested detention and pretrial service advised the court that there is currently an unposted $1,200 bond on a probation violation in state court and also recommended detention. Counsel for defendant reserved the right to detention and preliminary hearings.

Defendant shall be detained pending further proceedings

IT IS SO ORDERED.

                                              */s/ Timothy P. Greeley*
                                              TIMOTHY P. GREELEY
                                              UNITED STATES MAGISTRATE JUDGE

Dated: September 14, 2018